LOUIS ROCKOFF, Appellant

v.

VITEX MANUFACTURING COMPANY, LTD.

No. 14,991

United States Court of Appeals

Third Circuit

Argued January 28, 1965

Decided March 31, 1965

*See, also, 342 F.2d 996*

CROXTON WILLIAMS, St. Thomas, Virgin Islands, *for appellant*

WILLIAM W. BAILEY, Charlotte Amalie, St. Thomas, Virgin Islands, *for appellee*

Before MARIS, McLAUGHLIN and FREEDMAN, *Circuit Judges*

PER CURIAM

This is a suit for unpaid and overtime compensation under the Fair Labor Standards Act. Asserting that the plaintiff was an executive employee not covered by the Act

200

the defendant filed a motion for summary judgment accompanied by supporting affidavits. The plaintiff filed no counter affidavits, relying solely upon a stipulation which his counsel alleges he entered into with counsel for the defendant in open court but which the record fails to substantiate. The district court entered a summary judgment for the defendant which is fully supported by the opinion filed by Judge Gordon in the district court. 4 V.I. 555, 230 F.Supp. 23. Upon that opinion the judgment will be affirmed.